Nathan J. Beard, ABA #1905047
Le Gros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Phone: (206) 623-4990
Facsimile: (206) 467-4828
Email: nbeard@legros.com

Attorneys for Plaintiff Benthic Fishing, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BENTHIC FISHING, LLC., a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE SEAFOODS LLC, an Alaska limited liability company,<br><br>Defendant. | Case No.: 5:21-cv-00002-JWS<br><br>**COMPLAINT** |

## I. PARTIES

1.     Plaintiff Benthic Fishing, LLC ("Benthic") is a seafood company incorporated in and under the laws of the State of Washington with a principal place of business in Pierce County, Washington. Benthic is a wholesaler in the business of buying and selling seafood products.

2.     Defendant Absolute Seafood, LLC ("Absolute") is a seafood company incorporated in and under the laws of the State of Alaska with a principal place of

business in Ketchikan, Alaska.  Defendant operates a seafood processing facility in Alaska.

## II.  JURISDICTION AND VENUE

3. This is an action for breach of contract and unjust enrichment.

4. This Court has diversity jurisdiction under 28 U.S.C. 1332 as the amount in controversy exceeds $75,000 and the parties reside in different states.

5. Absolute resides within and transacted business in Ketchikan, Alaska. As such, Venue is appropriate under 28 U.S.C. 1391(b)(2) because the defendant is incorporated in Alaska.

## III. FACTS

6. Absolute operates a seafood processing facility in Ketchikan.  As a part of its business, Absolute purchases seafood from fishermen, processes the seafood, and sells the seafood to buyers including wholesalers such as Benthic.

7. The instant dispute involves funds Benthic wired to Absolute in the fall of 2018 for sea cucumbers.  In total, Benthic wired $254,000 to Absolute for sea cucumbers between October 1, 2018, and October 11, 2018.  Absolute retained these funds but never sent any sea cucumbers to Benthic.

8. In 2018, Absolute and Benthic agreed that Benthic would purchase sea cucumbers from Absolute.

9. Under the terms of the parties' agreement, Benthic agreed to wire funds to Absolute periodically in fall 2018 (before and during sea cucumber season) so that Absolute could purchase sea cucumbers from fishermen in Alaska at a to-be-determined

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW, SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990   FAX (206) 467-4828

market price, process the sea cucumbers at Absolute's facility in Alaska, and ship the processed sea cucumbers to Benthic in Washington.

10. The fall 2018 market price for sea cucumbers was expected to be between $4.50 and $5.00 per pound.

11. In consideration for Absolute purchasing, processing, and shipping sea cucumbers to Benthic, the parties agreed Benthic would pay Absolute $0.15 per pound of the sea cucumbers Absolute purchased, processed, and shipped to Benthic.

12. Pursuant to the parties' agreement, Benthic made the following wire transfers to Absolute for sea cucumbers:

   $50,000 on October 1, 2018;
   $55,000 on October 3, 2018;
   $85,000 on October 9, 2018; and
   $64,000 on October 11, 2018.

13. When Benthic wired the foregoing funds to Absolute, Benthic had arrangements to sell the sea cucumbers it expected from Absolute to a third party buyer. As such, Benthic relied upon Absolute to send sea cucumbers pursuant to the parties' agreement so that Benthic could meet its obligations to the third party buyer.

14. Although Benthic paid Absolute $254,000 for sea cucumbers, Absolute did not send any sea cucumbers to Benthic.

15. Absolute retained the $254,000 paid by Benthic.

16. Benthic reached out to Absolute on various occasions to inquire on the status of the sea cucumbers, but Absolute never sent the sea cucumbers or returned the amounts paid for the same sea cucumbers to Benthic.

17. Because Absolute failed to ship sea cucumbers to Benthic, Absolute breached the parties' contract.

18. As a result of the Absolute's breach of the parties' contract and failure to ship the sea cucumbers as promised, Benthic suffered damages and lost substantial business with an expected buyer.

19. Absolute did not refuse Benthic's payments for sea cucumbers, return Benthic's payments for sea cucumbers, or provide Benthic with any sea cucumbers.

20. Absolute wrongfully retained the $254,000 that Benthic wired for sea cucumbers.

## IV. CAUSE OF ACTION FOR BREACH OF CONTRACT

21. Benthic realleges and incorporates by reference all prior paragraphs as stated in their entirety herein.

22. Benthic entered into a contract with Absolute for the purchase of sea cucumbers.

23. Absolute materially breached this contract by failing to deliver the sea cucumbers to the Benthic as agreed upon by the parties.

24. Benthic sustained damages as a result of Absolute's breach, and is entitled to recover from Absolute its actual compensatory damages, including the paid amount of $254,000, plus incidental and consequential damages, loss of past and future business, pre- and post-judgment interest, and costs and attorneys' fees as allowed by law.

//

//

COMPLAINT – Page 4 of 6
Case No. 5:21-cv-00002-JWS
{29741-00743713;1}

Le Gros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
(206) 623-4990   Fax (206) 467-4828

## V. CAUSE OF ACTION FOR UNJUST ENRICHMENT

25. Benthic realleges and incorporates by reference all prior paragraphs as stated in their entirety herein.

26. Absolute received a benefit from Benthic in the amount of $254,000.

27. Absolute received the foregoing benefit at Benthic's expense.

28. Under the circumstances, it is unjust for Absolute to retain the $254,000 paid by Benthic and provide nothing to Benthic in return.

29. Based upon the foregoing, Benthic suffered damages in an amount not less than $254,000, plus incidental and consequential damages and pre- and post-judgment interest, and plus costs and attorneys' fees as allowed by law.

## VI. PRAYER FOR RELIEF

WHEREFORE, Benthic seeks relief against Absolute as follows:

A. An award of actual damages of $254,000;

B. Additional damages, including incidental and consequential damages, in an amount to be proven at trial;

C. An award of actual attorneys' fees, statutory attorneys' fees, and costs as authorized by Alaska law;

D. An award of pre- and post-judgment interest; and

E. For such other relief as the court may deem just and proper.

Le Gros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106-1271
(206) 623-4990   Fax (206) 467-4828

DATED this 29th day of September, 2021.

                                         */s/ Nathan J. Beard*
                                         NATHAN J. BEARD, ABA # 1905047
                                         LeGros Buchanan & Paul, P.S.
                                         4025 Delridge Way SW, Suite 500
                                         Seattle, Washington 98106
                                         Telephone:   206-623-4990
                                         Facsimile:    206-467-4828
                                         Email:         nbeard@legros.com

                                         Attorneys for Plaintiff Benthic Fishing, LLC